UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re                                          Case No.: 11-36216-LMI

Antonio Alvarez,                               Chapter 13

Debtor.
_____/

## AMENDED MOTION TO DEEM KEYS GATE COMMUNITY ASSOCIATION CURRENT AND MOTION TO APPROVE ATTORNEY'S FEES

**COMES NOW** the Debtor, Antonio Alvarez, by and through undersigned counsel and moves this Honorable Court for an Order deeming the lease rejected, deeming KEYS GATE COMMUNITY ASSOCIATION current and approving undersigned's attorney's fees and as grounds therefore would show:

1. The Debtor owns the real property located at 1120 SE 20th Road, Homestead, FL 33035. KEYS GATE COMMUNITY ASSOCIATION was stripped in the bankruptcy and the Debtor has paid the regular monthly assessment through the confirmed Chapter 13 plan. After the plan was completed the Debtor continued to make the monthly assessments to the Association through October, 2015.

2. On or about October 2, 2015 undersigned spoke with counsel for the association, KEYS GATE COMMUNITY ASSOCIATION who advised that during the pendency of the bankruptcy the regular monthly assessments increased.

3. The association did not file a Notice of Change of Payment pursuant to Bankruptcy Rule 3002.1.

4. The Creditor is entitled to fees pursuant to the condominium documents as well as by statute. Pursuant to Florida Statute 57.105, if the creditor is entitled to

attorneys fees, the Debtor is also entitled to attorney's fees. Furthermore, the Creditor has failed to comply with Bankruptcy Rule 3002.1, which also provides for reasonable attorney's fees to be paid to Debtor's counsel.. The Debtor has incurred reasonable attorney's fees in bringing and prosecuting the instant motion.

**WHEREFORE**, for the above reasons the Debtor prays this Honorable Court enter an Order deeming KEYS GATE COMMUNITY ASSOCIATION current through October, 2015 and approving Debtor's attorney's fees for the instant motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 7th day of January, 2016 along with the accompanying Notice of Hearing to **Nancy K. Neidich**, Trustee, via NEF, **KEYS GATE COMMUNITY ASSOCIATION, c/o David Krempa, Esq.**, P.O. Box 311059, Miami, FL 33231 and via email to Dkrempa@algpl.com, Keys Gate Community Assoc., Inc. Association Law Group, PL., Registered **Agent**, 1200 Brickell Avenue, PH 2000, Miami, FL 33131, Keys Gate Community Assoc., Inc, Attn: Kimberly Green, President, 1541 SE 12 Ave., #37, Homestead, FL 33034 and Debtor via first class mail.

I HEREBY CERTIFY that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1-A.

FREIRE & GONZALEZ, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
[ ] Gianny Blanco, Esq., FBN: 0078080
10647 North Kendall Drive
Miami, FL 33176
Tel: (305)826-1774
Fax: (305) 826-1794
courtdoc@fgbkc.com